# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN L. MINER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 06-CV-148-WDS |
| ) | |
| MICHAEL J. ASTRUCE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

    Before the Court is a Report and Recommendation of United States Magistrate Judge Clifford J. Proud that the agency decision denying plaintiff's disability insurance benefits and supplemental security income be affirmed. To date, no objections have been filed by the parties.

    Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Accordingly, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and plaintiff's application for disability insurance benefits and supplemental security income is **DENIED.**

**IT IS SO ORDERED.**

    DATED:   June 20, 2007.

                                                  s/ WILLIAM D. STIEHL
                                                       DISTRICT JUDGE